# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND; ADMINISTRATIVE MAINTENANCE FUND, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION, | CASE NO.:  2:23-CV-10263-CBM-ADS |
| | ASSIGNED TO THE HONORABLE CONSUELO B. MARSHALL |
| Plaintiffs, | **JUDGMENT** ⑬ JS6 |
| vs. | [Fed. R. Civ. Proc. 55(b)(2)] |
| RELIABLE CABLING SOLUTIONS, INC., a California corporation, doing business as RELIABLE SECURITY DATA SOLUTIONS, | |
| Defendants. | |

1

After full consideration of the pleadings and papers on file in this case, the evidence on record and the arguments of counsel, and GOOD CAUSE APPEARING THEREFORE:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee Trust Fund, Administrative Maintenance Fund, and Southern California IBEW-NECA Administrative Corporation shall recover from Defendant, Reliable Cabling Solutions, Inc., a California corporation, doing business as Reliable Security Data Solutions, the principal amount of $10,344.97, attorneys' fees of ~~$23,745.25~~ $23,591.25, and costs of $600.70, as well as post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full.

Dated: July 17, 2024

_____

UNITED STATES DISTRICT JUDGE
CONSUELO B. MARSHALL